FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 AUG 30 AM 9:51
CLERK M. Akin
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTWAN CREIGHTON,

Plaintiff,

v.

DENA SMITH; and IRIS THOMPSON, in their individual capacities,

Defendants.

CIVIL ACTION NO.: 6:18-cv-42

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Reports and Recommendations, docs. 31, 33. Plaintiff did not file Objections to the Reports and Recommendations.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Reports and Recommendations as the opinions of the Court. The Court **DENIES** Plaintiff's Motion for an Injunction, **GRANTS** Defendants' Motion to Dismiss, **DISMISSES** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case.

**SO ORDERED**, this 30th day of August, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA